IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                              )<br>)<br>TAMIRAT TILAHUN YEHUALAWORK,       )<br>)<br>Defendant.                                          ) | Criminal No. 1:22-MJ-297 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent James T. Harris, first being duly sworn, deposes and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Pentagon Force Protection Agency (PFPA). I am currently assigned to the Threat Management Unit (TMU). I hold a Bachelor of Science degree in Criminal Justice from Park University. I have successfully completed the Criminal Investigator Training Program (CITP) and the Uniformed Police Training Program (UPTP) at the Federal Law Enforcement Training Center (FLETC). I have been trained in the preparation, presentation, and service of criminal complaints and arrest warrants involving offenses against the United States. I have been employed as a law enforcement officer in various capacities since 2012. I served in the United States Marine Corps (USMC) as well as the Army National Guard.

2. In preparing this affidavit, I have been assisted by other law enforcement officers. This affidavit is based upon information and evidence provided by witness statements and reports submitted by other law enforcement officers, as well as my own personal investigation. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

**PURPOSE OF THE AFFIDAVIT**

3. I make this affidavit in support of an application for a criminal complaint charging, Tamirat Tilahun YEHUALAWORK, with violations of 18 U.S.C. § 111 (a)(1) & (b), assaulting, resisting, or impeding certain officers or employees, and 32 C.F.R. § 234.4(a) trespassing.

4. Beginning on or about October 28, 2022 in the County of Arlington, in Eastern District of Virginia, the defendant Tamirat Tilahun YEHUALAWORK, (herein after YEHUALAWORK), used a vehicle as a weapon to intimidate, resist, and impede federal police officers while engaged in their official duties.

**STATEMENT OF PROBABLE CAUSE**

5. YEHUALAWORK is a 36-year-old black male, approximately five feet, six inches tall. He has no criminal history and limited encounters with law enforcement. He is an Ethiopian national who entered the United States on a visa, but whose current immigration status is unclear.

6. On October 28, 2022, a black Ford Expedition with Virginia license plate TZP1304, driven by YEHUALAWORK, approached the Boundary Channel Vehicle Access Control Point (VACP) from Boundary Channel Drive located in Arlington, Virginia, near the Pentagon. As he approached, YEHUALAWORK accelerated, driving through the checkpoint, striking and breaking off a drop arm. Pentagon Police Department (PPD) officers tried to raise a secondary barrier blocking the vehicle, but he was moving too fast and drove over the barrier before it could raise.

7. YEHUALAWORK continued to drive over Boundary Channel Bridge towards the Pentagon as PPD officers responded to the breach. As he crossed the bridge into the South Secure Parking lot of the Pentagon, a PPD officer shined his flashlight to get

YEHUALAWORK's attention. The officer stated that once he got YEHUALAWORK's attention, he accelerated the vehicle towards him. The officer took cover, pointed his weapon at the vehicle, and began giving verbal commands that YEHUALAWORK ignored. YEHUALWORK then drove over a sidewalk and through grass towards the Pentagon Mall Entrance.

8. PPD officers were only able to stop YEHUALAWORK after pinning his Ford Expedition with their cruisers against a parked vehicle adjacent to the Mall Entrance. YEHUALAWORK did not comply with officers' commands to exit the vehicle and was forcibly removed from the Ford Expedition. He continued to resist as officers were placing him in handcuffs.

9. While being advised of his Miranda rights YEHUALAWORK yelled, "Fuck America." After acknowledging his rights, YEHUALAWORK told officers, "I hate America and I was trying to kill people."

10. YEHUALAWORK was arrested on probable cause with concurrence of an Assistant United States Attorney around approximately 10:00 pm on October 28, 2022. He was thereafter transported to the Alexandria Adult Detention Center.

## CONCLUSION

11. Based on the foregoing, I respectfully submit that probable cause exists to support charges of violating 18 U.S.C. Section 111(a)(1) & (b), assaulting, resisting, or impeding certain officers or employees, and violating 32 C.F.R. § 234.4 (a), trespassing.

12. I respectfully request permission to communicate information to the Court by telephone in connection with this Criminal Complaint. I submit that Assistant United States Attorney Russell L. Carlberg, an attorney for the United States, is capable of identifying my

voice and telephone number for the Court.

                                                  HARRIS.JAMES.TALLMAN.1260272876
                                                  Date: 2022.10.29 16:05:52 -04'00'

                                              James T. Harris,
                                              Special Agent, Pentagon Force Protection Agency

Subscribed and sworn to before me on October 29, 2022

_____
Honorable Ivan D. Davis
UNITED STATES MAGISTRATE JUDGE