AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

FILED
IN OPEN COURT
NOV - 1 2022
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
Tamirat T. Yehvalawork ) Case No. 22-mj-297
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/1/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

Lauren Rosen 46368
Printed name and bar number of defendant's attorney

1650 King St. Suite 500
Address of defendant's attorney

lauren_rosen@fd.org
E-mail address of defendant's attorney

703-600-0019
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney